# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER KEMP. <br><br> Plaintiff, <br><br> vs. <br><br> CMRE FINANCIAL SERVICES, INC. <br><br> Defendant. | Case No.: 8:20-cv-02330-JLS-ADS <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a) (Doc. 20)** |

    Having considered the parties' Stipulation for Dismissal of Action with Prejudice Pursuant to F.R.C.P. 41(a) (Doc. 20), the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and expenses.

    **IT IS SO ORDERED.**

DATED: January 18, 2022

                                              HON. JOSEPHINE L. STATON
                                              UNITED STATES DISTRICT JUDGE